1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ANVAR HAMDAM UGLI
ALIMARDONOV,

                            Petitioner,

v.

CHRISTOPHER LAROSE, et al.,

                           Respondents.

Case No.:  3:26-cv-461-CAB-AHG

**ORDER REQUIRING A BOND HEARING**

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner Anvar Hamdam Ugli Alimardonov.  [Doc. No. 1 ("Petition").]  Petitioner claims he is held in illegal custody by Immigration and Customs Enforcement since September 3, 2025.  [*Id.* at 17–21.]

Respondents' return to the Petition acknowledges that pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-cv-1873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025), "Petitioner is detained under 8 U.S.C. § 1226(a) and [is] entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." [Doc. No. 4 at 2.]

The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated

1

regulations by **February 19, 2026**.  Respondents are further **ORDERED** to update this Court on the status of Petitioner's bond hearing by **February 20, 2026**.

It is **SO ORDERED**.

Dated:  February 5, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-461-CAB-AHG